**CAITLIN E. HOWARD**
California State Bar No. 273223
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: caitlin_howard@fd.org

Attorneys for Jessica Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, v. JESSICA RODRIGUEZ    Defendant. | CASE NO. 17MJ3762  **NOTICE OF APPEARANCE AS LEAD ATTORNEY** |

  Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Caitlin E. Howard, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                 Respectfully submitted,

Dated: October 12, 2017       *s/ Caitlin E. Howard*
                **CAITLIN E. HOWARD**
                Federal Defenders of San Diego, Inc.
                Attorneys for Ms. Rodriguez

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the parties by virtue of their registration with the CM/ECF system.

                                                    Respectfully submitted,

Dated: October 12, 2017              *s/ Caitlin E. Howard*
                                     **CAITLIN E. HOWARD**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Ms. Rodriguez

17MJ3762