```
                                        FILED
                                        Nov 09 2017
                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                 BY      s/ rhear         DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>JESSICA RODRIGUEZ,<br><br>                      Defendant. | Case No. '17 CR3713 BEN<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of (Felony) |

The Acting United States Attorney charges:

On or about October 10, 2017, within the Southern District of California, defendant, JESSICA RODRIGUEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 22.38 kilograms (49.34 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/9/17 .

                                            ALANA W. ROBINSON
                                            Acting United States Attorney

                                            OLEKSANDRA Y. JOHNSON
                                            Assistant U.S. Attorney

OYJ:vg:11/3/2017