AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 09 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RMA DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br> v. <br><br> JESSICA RODRIGUEZ, <br><br>             Defendant. | Case No. 17cr3713-BEN <br><br> **WAIVER OF AN INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 11-07-2017

_____
Defendant

DATED: 11/7/17

_____
Defendant's Attorney

_____
JUDICIAL OFFICER