# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JESSICA RODRIGUEZ (1),<br><br>                Defendant. | Criminal Case No. 17CR3713-BEN<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information.

DATED: March 5, 2018

_____
Hon. Roger T. Benitez
United States District Judge

17CR3713-BEN